UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  2:26–cv–04537–MWF–AYP          Date     July 13, 2026

Title     SARAH GODFREY–ARAMBULA V. LIFE INSURANCE COMPANY OF NORTH AMERICA

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                                  Not Reported;
Courtroom Deputy                            Court Reporter

Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):
None Present                                  None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

In light of the Notice of Settlement filed 7/10/2026, the Court sets a hearing on Order To Show Cause Re Dismissal for September 16, 2026 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

**IT IS SO ORDERED.**

Initials of Clerk:  rs