JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SARAH GODFREY-ARAMBULA,<br>Plaintiff,<br>v.<br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br>Defendant. | Case No. 2:26-cv-04537-MWF (AYPx)<br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br>Judge: Hon. Michael W. Fitzgerald<br>Complaint Filed: April 28, 2026 |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

IT IS FURTHER ORDERED that all dates previously set in this action are hereby vacated and taken off the Court's calendar;

IT IS FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: July 20, 2026

Hon. Michael W. Fitzgerald
United States District Court Judge